

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2014

No. 04-13-00558-CV

**BRUINGTON ENGINEERING, LTD.**,
Appellant

v.

**PEDERNAL ENERGY, LLC**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,767
Honorable Jose A Lopez, Judge Presiding

## O R D E R

On November 7, 2014, Appellant Bruington Engineering Ltd. filed a motion for extension of time to file a response to Appellee Pedernal Energy L.L.C.'s motions for rehearing and en banc reconsideration. The request is GRANTED. Appellant's response is due to be filed no later than November 19, 2014.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2014.

Keith E. Hottle
Clerk of Court